UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 07 2023



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: MONTE L. MASINGALE and ROSANA D. MASINGALE,<br><br>Debtors,<br><br>------------------------------<br><br>JOHN D. MUNDING, Chapter 7 Trustee,<br><br>Appellant,<br><br>v.<br><br>ROSANA D. MASINGALE and STATE OF WASHINGTON,<br><br>Appellees. | Nos. 22-60050, 22-60053<br><br>BAP No. 22-1016<br>BAP, Spokane Bankruptcy Court<br><br>**ORDER** |

The amicus brief submitted by National Consumer Bankruptcy Rights Center and the amicus brief submitted by Northwest Consumer Law Center are filed. No additional paper copies are required.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT